395 A.2d 984

Grabov v. Grabov, Appellant.

Commonwealth ex rel. Grabov, Appellant, v. Grabov.

Argued September 13, 1978.  Emanuel A. Bertin, for appellant;  No appearance entered nor brief submitted for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

OPINION PER CURIAM: Order vacated for a hearing and case remanded to Court of Common Pleas of Montgomery County for a hearing on both the support action and divorce action.